OCTOBER 8, 1962.*

No. 282, October Term, 1961. ATLANTIC & GULF STE-
VEDORES, INC., *v.* ELLERMAN LINES, LTD., ET AL., 369 U. S.
355,  The motion of
respondents to recall and amend the judgment is denied.
MR. JUSTICE WHITE took no part in the consideration or
decision of this motion. *T. E. Byrne, Jr.* for respondents.
*Francis E. Marshall* for petitioner.

No. 7, Misc., October Term, 1961. HARVEY, ALIAS
McCARGO, *v.* CUNNINGHAM, PENITENTIARY SUPERIN-
TENDENT, 369 U. S. 152; and

No. 63, October Term, 1961. CHEWNING *v.* CUNNING-
HAM, PENITENTIARY SUPERINTENDENT, 368 U. S. 443.
The motions of petitioners to clarify opinions and for
other relief are denied. MR. JUSTICE WHITE took no part
in the consideration or decision of these motions. Peti-
tioners *pro se. Reno S. Harp III,* Assistant Attorney
General of Virginia, for respondent.

No. 573, Misc. IN RE DISBARMENT OF BRODSTEIN. IT
IS ORDERED that Ellis Brodstein, of Reading, Pennsyl-
vania, be suspended from the practice of the law in this
Court and that a rule issue, returnable within forty days,
requiring him to show cause why he should not be
disbarred from the practice of the law in this Court.

*MR. JUSTICE GOLDBERG took no part in the consideration or
decision of cases in which orders were this day announced.